**BIBIYAN LAW GROUP, P.C.**
David D. Bibiyan (Cal. Bar No. 287811)
*david@tomorrowlaw.com*
Henry G. Glitz (Cal. Bar No. 349815)
*henry@tomorrowlaw.com*
Laurel N. Holmes (Cal. Bar No. 308515)
*laurel@tomorrowlaw.com*
1460 Westwood Boulevard
Los Angeles, California 90024
Tel: (310) 438-5555; Fax: (310) 300-1705

Attorneys for Plaintiff, JELANI J. JENNINGS,
as an individual and on behalf of all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JELANI J. JENNINGS, an individual, and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>NORTHROP GRUMMAN CORPORATION, a Delaware Corporation; GARY STANKOVICH, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 2:24-cv-7212-FMO-E<br><br>*[Assigned to the Hon. Fernando M. Olguin]*<br><br>**JOINT STIPULATION TO EXTEND DISCOVERY CUTOFF AND ASSOCIATED DATES**<br><br>Complaint Filed: June 26, 2024<br>Removal Filed: August 23, 2024<br>Fact Cutoff: April 4, 2025<br>Trial Date: None Set |

Law Offices of
BIBIYAN LAW GROUP
A Professional Corporation
1460 Westwood Boulevard
Los Angeles, California 90024
(310) 438-5555

JOINT STIPULATION TO EXTEND DISCOVERY CUTOFF AND ASSOCIATED DATES

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Consistent with the Scheduling Order set forth on October 4, 2024, Plaintiff JELANI J. JENNINGS ("Plaintiff") along with Defendants NORTHROP GRUMMAN CORPORATION and GARY STANKOVICH (together "Defendants") submit this Joint Stipulation to Extend the Discovery Cutoff and all associated dates therewith.

WHEREAS, on October 4, 2024, this Court issued a Scheduling Order setting forth a discovery timeline of approximately six months from October 2024 through April 4, 2025;

WHEREAS, on February 6, 2025, Defendants filed a Motion to Compel Arbitration in which they argued that Plaintiff's claims are subject to bilateral arbitration, and that motion was set to be heard on March 6, 2025;

WHEREAS, the Motion to Compel Arbitration was subsequently taken under submission for decision on the papers as of February 28, 2025, and the decision still remains pending;

WHEREAS, Plaintiff has served discovery, Defendants objected to that discovery, the parties have met and conferred about that discovery, and are at an impasse[1];

WHEREAS, the current discovery cutoff is set for April 4, 2025, and the decision on the Motion to Compel Arbitration remains pending;

WHEREAS, in agreeing to this stipulation, Defendants do not consent to litigation in this forum and do not agree that any discovery or any corresponding deadlines in this forum are appropriate, and Defendants reserve all rights in that regard;

---

[1] See Plaintiff's unilaterally submitted Declaration of Laurel N. Holmes in Support of the Joint Stipulation to Extend Discovery Cutoff and Associated Dates. Defendants reserve the right to file a declaration in response to Plaintiff's declaration.

1  THEREFORE, the Parties jointly submit this stipulation to continue the April 4, 2025, discovery cutoff, as outlined in the October 4, 2024, Scheduling Order, to 180 days past the date this Court notifies the Parties of an Order on Defendants' Motion to Compel Arbitration, as well as continuing all other related deadlines as outlined in the Court's Scheduling Order;

THEREFORE, the Parties jointly submit this stipulation to continue all dates set forth in the October 4, 2024, Scheduling Order to 180 days past the date this Court notifies the Parties of an Order on Defendants' Motion to Compel Arbitration;

THEREFORE, the Parties jointly request that this court revise the October 4, 2024, Scheduling order consistent with this Stipulation.

Dated: April 3, 2025          BIBIYAN LAW GROUP, P.C.

BY: _____
DAVID D. BIBIYAN
HENRY G. GLITZ
LAUREL N. HOLMES
Attorneys for Plaintiff, JELANI J. JENNINGS, as an individual and on behalf of all others similarly situated

Dated: April 3, 2025          Gibson, Dunn & Crutcher LLP

BY: */s/ Virginia Baldwin*
JESSE CRIPPS
VIRGINIA BALDWIN
Attorneys for Defendants NORTHROP GRUMMAN CORPORATION and GARY STANKOVICH

**SIGNATURE ATTESTATION**

In accordance with Central District of California Local Rule 5-4.3.4, I attest that the other signatory listed, Virginia Baldwin, on whose behalf this filing is submitted, concurs in the filing's content and has authorized the filing.

DATED:  April 3, 2025                         By: /s/ Laurel Holmes
                                                 Laurel N. Holmes

# CERTIFICATE OF SERVICE
## JELANI J. JENNINGS, V. NORTHROP GRUMMAN CORPORATION, ET AL.
## 2:24-cv-7212
## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1460 Westwood Boulevard, Los Angeles, California 90024

I certify that on April 3, 2025, I electronically filed the following document(s) described as **JOINT STIPULATION TO EXTEND DISCOVERY CUTOFF AND ASSOCIATED DATES**, and that they are available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system. Further, I certify that the foregoing documents were served by electronic transmission to the below referenced electronic e-mail address as follows:

| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP | GIBSON, DUNN & CRUTCHER LLP |
| MATTHEW T. SESSIONS, ESQ. | JESSE A. CRIPPS, ESQ. |
| MSessions@gibsondunn.com | JCripps@gibsondunn.com |
| 3161 Michelson Drive | 333 South Grand Avenue |
| Irvine, California 92612-4412 | Los Angeles, California 90071 |
| Telephone: 949.451.3800 | Telephone: 213.229.7000 |
| Facsimile: 949.451.4220 | Facsimile: 213.229.7520 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 3, 2025, at Los Angeles, California.

*/s/ Laurel N. Holmes*
Laurel N. Holmes

JOINT STIPULATION TO EXTEND DISCOVERY CUTOFF AND ASSOCIATED DATES